1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT RAMIREZ,

Plaintiff,

v.

WASHOE COUNTY SHERIFFS OFFICE,

Defendant.

Case No. 3:25-cv-00517-ART-CSD

ORDER

On September 23, 2025, pro se plaintiff Robert Ramirez, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff did not file an application to proceed *in forma pauperis* or pay the full filing fee for a civil rights action. (*See* ECF No. 1).

**I.    DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

1  status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

2  that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

3  **II.    CONCLUSION**

4          It is therefore ordered that Plaintiff has **until November 21, 2025,** to either pay the

5  full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

6  three required documents: (1) a completed application with the inmate's two signatures

7  on page 3, (2) a completed financial certificate that is signed both by the inmate and the

8  prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

9  previous six-month period.

10         Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

11  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

12  to refile the case with the Court, under a new case number, when Plaintiff can file a

13  complete application to proceed *in forma pauperis* or pay the required filing fee.

14         The Clerk of the Court is directed to send Plaintiff the approved form application to

15  proceed *in forma pauperis* for an inmate and instructions for the same.

16

17         DATED: September 30, 2025.

18

19         _____
           UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2