UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT RAMIREZ,

Plaintiff

v.

WASHOE COUNTY SHERIFFS OFFICE,

Defendant

Case No. 3:25-cv-00517-ART-CSD

ORDER

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. Under this Court's Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." This rule includes when a party is moved to a new institution or released from custody. *See* ECF No. 2 at 1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until August 18, 2026, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by August 18, 2026, this case will be subject to dismissal without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court by August 18, 2026.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: July 20, 2026.

UNITED STATES MAGISTRATE JUDGE